

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**35 Worth Street**
**New York, NY 10013**
Tel: 646.398.3909

May 17, 2022

> Conference adjourned to 6/17/22 at 3:30 pm. The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will afford the defendant continuity f counsel and will allow the parties to discuss a possible disposition without trial.

***Via ECF and Email***
The Honorable Cathy Seibel
United States District Court Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  **United States of America v. Christopher Oxer**
     **Case No. 22-cr-00257(CS)(PED)**

> SO ORDERED.
> *Cathy Seibel*   5/18/22
> CATHY SEIBEL, U.S.D.J.

Dear Judge Seibel:

As the Court is aware, the undersigned represents Defendant Christopher Oxer in connection with the above-referenced matter.

This matter is presently scheduled for an Initial Conference tomorrow, May 18, 2022 at 3:30 pm. Defendant respectfully requests a thirty (30) day adjournment of the conference as the Government and Mr. Oxer are working toward a resolution. Furthermore, the undersigned is currently on trial before the Honorable Cassandra M. Mullen in Queens Supreme Court in the matter of *People v. Nieves*, 1254/2018.

This is the first request for an adjournment. Mr. Oxer is not in custody and the undersigned has communicated with AUSA Jennifer Ong who consents to the instant request. Defendant also consents to excluding time.

Additionally, Mr. Oxer has a business meeting in New Hampshire this Friday, May 20, 2022 and we respectfully request that he be permitted to travel to attend. Pretrial services and AUSA Ong have no objection to the travel request.

We thank the Court for its time and consideration and should the Court have any questions or concerns then please feel free to contact the undersigned.

Respectfully submitted,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:sjb
cc: AUSA Jennifer Ong, U.S. Attorney's Office (*via ECF and Email*)