

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

June 1, 2022

*Via ECF and Email*
The Honorable Cathy Seibel
United States District Court Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States of America v. Christopher Oxer**
              **Case No. 22-cr-00257(CS)(PED)**

Dear Judge Seibel:

      As the Court is aware, the undersigned represents Defendant Christopher Oxer in connection with the above-referenced matter.

      Mr. Oxer has a business event from Sunday, June 5, 2022 to Monday, June 6, 2022 and we respectfully request that he be permitted to travel to attend. The event is the Ginsberg Food Show, held at the Albany Capital Center in Albany, New York.

      Pretrial services and AUSA Ong have no objection to the travel request.

      We thank the Court for its time and consideration and should the Court have any questions or concerns then please feel free to contact the undersigned.

                          Respectfully submitted,

                          *Andrew C. Quinn*

                          Andrew C. Quinn, Esq.

ACQ:sjb
cc: AUSA Jennifer Ong, U.S. Attorney's Office (*via ECF*)

Defendant may travel on June 5-6 as requested, and must provide Pre-Trial Services with all particulars in advance.

                          SO ORDERED.

                          *Cathy Seibel*   6/1/22
                          CATHY SEIBEL, U.S.D.J.