

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**35 Worth Street**
**New York, NY 10013**
Tel: 646.398.3909

April 11, 2023

*Mr. Oxer may travel as requested, provided he provides all particulars to Pretrial Services.*

*SO ORDERED.*

*CATHY SEIBEL, U.S.D.J.*

*4/11/23*

***Via ECF and Email***
The Honorable Cathy Seibel
United States District Court Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States of America v. Christopher Oxer**
     **Case No. 22-cr-00257(CS)(PED)**

Dear Judge Seibel:

As the Court is aware, the undersigned represents Defendant Christopher Oxer in connection with the above-referenced matter.

Mr. Oxer has a sales meeting on Friday, April 14, 2023 at Prime Source Foods in Londonderry, New Hampshire, and we respectfully request that he be permitted to travel to attend. Mr. Oxer would be returning the same day.

Pretrial services and AUSA Ong have no objection to the travel request.

We thank the Court for its time and consideration and should the Court have any questions or concerns then please feel free to contact the undersigned.

Respectfully submitted,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:sjb
cc: AUSA Jennifer Ong, U.S. Attorney's Office (*via ECF*)